# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2728
_____

MARCUS TOLER,

Petitioner,

v.

THE STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

January 16, 2024

PER CURIAM.

DISMISSED.

ROWE, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce A. Miller, Public Defender, and D. Andrew Albrecht, Assistant Public Defender, Pensacola, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.